[No. 30762-6-II. Division Two. October 12, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE LAVON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-8-02877-0, Donald S. Powell, J. Pro Tem., entered August 18, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.

[No. 30774-0-II. Division Two. October 12, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD SHERWOOD MARTELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-00112-2, Sergio Armijo, J., entered August 21, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 21593-8-III. Division Three. October 14, 2004.]

*In the Matter of the Marriage of* LOUISE M. LAMP, *Respondent*, and JOHN E. LAMP, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-3-01005-9, Linda G. Tompkins, J., entered September 26, 2002. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Kurtz and Brown, JJ.

[No. 21927-5-III. Division Three. October 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBRA RENEE MONROE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-02011-0, Tari S. Eitzen, J., entered February 28, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.